**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000987
06-SEP-2017
09:51 AM**

NO. CAAP-14-0000987

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DAVID T. FLEMING, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CRIMINAL NO. 06-1-0570(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Memorandum Opinion, filed on August 23, 2017, is hereby corrected as follows:

1.   On page 23, in the seventh line from the bottom of the page, the word "includes" should be replaced with "include" so that as corrected, the text reads: ". . . which include Fleming's . . . ."

2.   On page 25, in the ninth line, the word "a" should be inserted between "as" and "victim" so that as corrected, the text reads: ". . . as a victim of sexual assault, . . . ."

3.   On page 25, in the second line from the bottom of the page, the word "petite" should be replaced with "petit" so that as corrected, the text reads: ". . . instructing the petit jury that . . . ."

---

[1/] Nakamura, Chief Judge, and Fujise and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 6, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge